**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **Richard L. Smith,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **13-1166- CV-W-JTM** |
| **Carolyn W. Colvin,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# O R D E R

On October 1, 2014 , the Court heard oral argument on the *Smith Initial Brief,* filed April 18, 2014, [Doc. 7] and the *Brief For Defendant*, filed July 2, 2014, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


_____*/s/ John T. Maughmer*_____
**JOHN T. MAUGHMER
U. S. MAGISTRATE JUDGE**